# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NICHOLAS D. ANDREWS : No. 272 MAL 2017

   v.

CROSS ATLANTIC CAPITAL PARTNERS, INC. : Petition for Allowance of Appeal from the Order of the Superior Court

----------------------------------------------------

NICHOLAS D. ANDREWS

   v.

DONALD R. CALDWELL

PETITION OF: CROSS ATLANTIC CAPITAL PARTNERS, INC. AND DONALD R. CALDWELL

NICHOLAS D. ANDREWS : No. 273 MAL 2017

   v.

CROSS ATLANTIC CAPITAL PARTNERS, INC. : Petition for Allowance of Appeal from the Order of the Superior Court

NICHOLAS D. ANDREWS

   v.

DONALD R. CALDWELL

PETITION OF: CROSS ATLANTIC CAPITAL PARTNERS, INC. AND DONALD R. CALDWELL

## ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.